1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Donald M. Gindy, SB# 45228
2 E-Mail: dgindy@lbbslaw.com
221 North Figueroa Street, Suite 1200
3 Los Angeles, California 90012
Telephone: 213.250.1800
4 Facsimile: 213.250.7900

5 Attorneys for Plaintiff, VBConversions LLC

6

7

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| VBCONVERSIONS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>COSTUMES GALORE INC. A MINNESOTA CORPORATION DBA BUYFUN.COM; CHAD J. BOETTCHER, AN INDIVIDUAL; DOES 1-10, INCLUSIVE.<br><br>Defendants. | CASE NO. CV12-8650JAK(SSx)<br>*[Assigned to the Hon. John A. Kronstadt]*<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 40-2.** |

TO THE COURT:

Please be advised that the parties have agreed upon a settlement of the above captioned matter. The parties are drafting and negotiating terms and conditions of the proposed settlement. It is anticipated that within a reasonably short period of time the parties will execute a settlement agreement and mutual release. Thereafter, the plaintiff will move the Court to dismiss the action with prejudice pursuant to pursuant to Rule 41(a)(1)(i).

\\\
\\\

4823-5967-0546.1
NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 40-2.

1  DATED: January 7, 2013                    LEWIS BRISBOIS BISGAARD & SMITH LLP
2
3                                            By: _____
                                                 DONALD M. GINDY
4                                                Attorneys for Plaintiff,
                                                 VBCONVERSIONS LLC
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-5967-0546.1                                2
                    SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

## CALIFORNIA STATE DISTRICT COURT PROOF OF SERVICE

*VBCONVERSIONS LLC v. COSTUMES GALORE*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012.

On January 7, 2013, I served the following document(s): NOTICE OF SETTLEMENT ACCORDING TO LOCAL RULE 40-2

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

☐ Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2013, at Los Angeles, California.

Ana Otero

4823-5967-0546.1

SUBSTITUTION OF ATTORNEY AND [PROPOSED ORDER]

# SERVICE LIST

Sean R. Simpson, Esq.
Leonard Street & Deinard
The Graif Building
3 Civic Center Plaza
Suite 400
P.O. Box 967
Mankato, MN 56002

SIMPSON@LEONARD.COM

Attorneys for Defendants, Costumes Galore, Inc. a Minnesota Corp. dba Buyfun.com and Chad J. Boettecher, an individual.