DONALD M. GINDY, ESQ, SBN 45228
DGINDY@LBBSLAW.COM
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREE, SUITE 1200
LOS ANGELES, CALIFORNIA 90012

TEL. (213) 250-1800
FAX (213) 250-7900

ATTORNEYS FOR PLAINTIFF, VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBConversions LLC, a California Limited Liability Company<br><br>Plaintiff(s),<br>v.<br>Costumes Galore, Inc. A Minnesota Corp., dba Buyfun.com, Chad J. Boettcher, and Individual and Does 1-10, Inclusive<br>Defendant(s). | CASE NUMBER<br>CV12-8650JAK(SSx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 8, 2013                                *[signature]*
_____                           _____
Date                                          Signature of Attorney/Party

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

American LegalNet, Inc.
www.FormsWorkFlow.com