AO 121 (6/90)

**ORIGINAL**

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL<br>DOCKET NO.  CV12-8650   DATE FILED | COURT NAME AND LOCATION<br>United States District Court<br>312 N. Spring Street, Room G-8<br>Los Angeles, CA 90012 |
|---|---|
| PLAINTIFF<br>VBConversions LLC, a California limited liability company | DEFENDANT<br>Costumes Galore, Inc. a Minnesota Corp dba buyfun.com, Chad J. Boettcher, an individual; Does 1-10, Inclusive |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX 6-425-720 | VB.Net to C# Converter, Version 2.0 | VBConversions LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Notice of Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>2/8/2013 |
|---|---|---|
| CLERK<br>Terry R. Nafisi | (BY) DEPUTY CLERK<br>Sharon Hall Brown | DATE<br>2/13/2013 |

DISTRIBUTION:  1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court   5) Case File Copy